ANTHONY DiDOMENICO, PLAINTIFF-RESPONDENT, v. PENNSYLVANIA-READING SEASHORE LINES, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Capehart & Scatchard* for the petitioner.

*Mr. John R. Bennie* for the respondent.

June 30, 1961. Granted.

RUTH DWYER, PETITIONER-PETITIONER, v. FORD MOTOR COMPANY, RESPONDENT-RESPONDENT.

See same case below: 66 *N. J. Super.* 469.

*Messrs. Hirschberg, Nashel, Zorn & Cronson* and *Mr. Aaron Gordon* for the petitioner.

*Mr. Verling C. Enteman* and *Mr. Andrew S. Polito* for the respondent.

June 30, 1961. Granted.